IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. H-07-168 |
| | § | |
| ANDREW JINKS INGLET | § | |

**O R D E R**

The court grants the defendant's unopposed motion to travel to El Salvador, subject to the following condition: The defendant may only travel to El Salvador and must return to Houston Texas no later than March 23, 2009. The defendant must provide AUSA Jimmy Sledge and the Probation Officer with a copy of his airplane ticket and scheduled itinerary no later than 3 days before his departure. The defendant must telephone Probation at least twice a week during his stay in El Salvador.

SIGNED on February 20, 2009, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge